L. Tegan Rodkey, Bar No. 275830
Price Law Group, APC
6345 Balboa Boulevard, Suite 247
Encino, California 91316
Phone: (818) 995-4540
Fax: (818) 995-9277
E-mail: tegan@pricelawgroup.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

Mary M. Moore

Debtor.

Case No: 17-43188-RLE-13

Chapter 13

**DECLARATION OF DEBTOR IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS PURSUANT TO 11 U.S.C. 362(c).**

Date: 1/17/2018
Time: 1:30 PM
Courtroom: 201
Place: 1300 Clay St. 2nd Floor
Oakland, CA 94612

TO THE HONORABLE ROGER L. EFREMSKY, MARTHA G. BRONITSKY/CHAPTER 13 TRUSTEE, ALL LISTED CLAIMANTS AND ALL OTHER INTERESTED PARTIES:

1. I am a debtor under Chapter 13 of the United States Bankruptcy code. I have personal knowledge of each of the within facts, and if called to testify I could and would testify competently there to.

2. I had a prior case pending within the preceding one year of the filing of this case. My first case was filed January 6, 2015, case number 15-40045CN13 and dismissed on December 22, 2017 because I fell behind on the plan payments.

-6-

3. On or about November 2016, my father suffered a stroke and I had start caring for him. I also had to help pay some of my father's monthly living expenses, this caused me to fall behind on my plan payments.

4. I am disabled and have a steady income from pension/retirement and social security.

5. I have the ability and the intention to continue making my chapter 13 plan payments. In fact, the plan payments proposed in this Chapter 13 case is significantly lower than the first chapter 13 case that I filed.

6. I have no unsecured claims or priority claims. My plan provides for full payment of all secured claims and administrative claims.

7. I am sincere in trying to complete a successful chapter 13 plan.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of the United States of America.

Date: 1/2/2018

_____
Mary M. Moore