l. Tegan Hurst, SBN: 275830
**PRICE LAW GROUP, APC**
6345 Balboa Boulevard, Suite 247
Encino, CA 91316
Telephone: (818) 995-4540
Facsimile: (818) 995-9277
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:   Chapter 13
      Case No.: 15-40045CN13

Mary M. Moore

**CERTIFICATE OF SERVICE**

Debtors.      /

    I, the undersigned, declare that I am employed in the County of Los Angeles. I am over the age of 18 years and not a party to the within entitled action. My business address is 6345 Balboa Boulevard, Suite 247, Encino, CA 91316.

    On January 3, 2018, I served the within:

NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS PURSUANT TO 11 U.S.C. 362(c); DEBTOR'S MOTION FOR AN ORDER TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS PURSUANT TO 11 U.S.C. 362(c); DECLARATION OF DEBTOR IN SUPPORT OF DEBTOR'S MOTION FOR ORDER TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS PURSUANT TO 11 U.S.C. 362(c)

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Encino, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

SEE ATTACHED SERVICE LIST

If the Chapter 13 Trustee is otherwise entitled to notice, the Trustee will receive such notice upon the electronic filing of the above-named document.

    I declare, under penalty of perjury, that the foregoing is true and correct. Executed on January 3, 2018 at Encino, California.

                                                      _____
                                                      Lidia Ramirez-Rivas
                                                      Chapter 13 Administrator

**VIA U.S. MAIL**

Wells Fargo Bank
PO Box 5058 MAC P6053-021
Portland, OR 97208-5058

Wells Fargo Bank, N.A.
dba Wells Fargo Dealer Services
P.O. Box 19657
Irvine, CA 92623-9657

## AND ATTACHED SERVICE LIST

| Label Matrix for local noticing<br>0971-4<br>Case 17-43188<br>Northern District of California<br>Oakland<br>Wed Jan  3 11:06:46 PST 2018 | U.S. Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94612-1426 | 800 Loan Mart<br>15821 Ventura Blvd., Suite 185<br>Encino, CA 91436-4799 |
|---|---|---|
| Office of the U.S. Trustee/Oak<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0<br>San Francisco, CA 94102-3661 | Wells Fargo Auto Finance<br>13675 Technology Drive, Bldg C.<br>Eden Prairie, MN 55344-2252 | Wells Fargo Auto Finance<br>PO BOX 25341<br>Santa Ana, CA 92799-5341 |
| Wheels Financial Group dba 1-800loanmart<br>15400 Sherman Way #170<br>Van Nuys, CA 91406-4272 | L. Tegan Rodkey<br>Price Law Group<br>6345 Balboa Blvd. #247<br>Encino, CA 91316-1580 | Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540-5004 |
| Mary Maggieline Moore<br>1710 Myrtle Street<br>Oakland, CA 94607-3342 | End of Label Matrix<br>Mailable recipients    9<br>Bypassed recipients    0<br>Total                  9 | |